| United States Bankruptcy Court<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Royal Foam, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Royal Foam, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-3488946** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1333 Haines Street**<br>**Jacksonville, FL**<br>ZIP Code **32218** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Duval** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Royal Foam, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)


     _____
     (Address of landlord)


☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Royal Foam, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Jason A. Burgess**
Signature of Attorney for Debtor(s)

**Jason A. Burgess 40757**
Printed Name of Attorney for Debtor(s)

**The Law Offices of Jason A. Burgess, LLC**
Firm Name

**2350 Park Street**
**Jacksonville, FL 32204**

_____
Address

**Email: jason@jasonaburgess.com**

**904-521-9868**
Telephone Number

**January 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Viacheslav Kulbaka**
Signature of Authorized Individual

**Viacheslav Kulbaka**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 10, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Royal Foam, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **BBVA/Compass Bank**<br>**15 20th Street S.**<br>**Suite 100**<br>**Birmingham, AL 35233** | **BBVA/Compass Bank**<br>**15 20th Street S.**<br>**Suite 100**<br>**Birmingham, AL 35233** | **Loan** | | **20,733.16** |
| **Channel Prime Alliance, LLC**<br>**1803 Hull Avenue**<br>**Des Moines, IA 50313** | **Channel Prime Alliance, LLC**<br>**1803 Hull Avenue**<br>**Des Moines, IA 50313** | **Judgment for Raw Materials** | | **39,915.08** |
| **City of Jacksonville**<br>**407 N. Laura Street**<br>**3rd Floor**<br>**Jacksonville, FL 32202** | **City of Jacksonville**<br>**407 N. Laura Street**<br>**3rd Floor**<br>**Jacksonville, FL 32202** | **Possible Fine** | | **6,400.00** |
| **Creative Polymers**<br>**9200 Latty Avenue**<br>**Hazelwood, MO 63042** | **Creative Polymers**<br>**9200 Latty Avenue**<br>**Hazelwood, MO 63042** | **Raw Material Vendor** | | **6,099.00** |
| **Flint Hills Resources, LP**<br>**P.O. Box 203651**<br>**Houston, TX 77216** | **Flint Hills Resources, LP**<br>**P.O. Box 203651**<br>**Houston, TX 77216** | **Raw Material Vendor** | | **46,818.00** |
| **Fuelman**<br>**P.O. Box 105080**<br>**Atlanta, GA 30348** | **Fuelman**<br>**P.O. Box 105080**<br>**Atlanta, GA 30348** | **Fuel Card** | | **5,824.00** |
| **Gate Fuel Service**<br>**6960 Bonneval Road**<br>**Suite 202**<br>**Jacksonville, FL 32216** | **Gate Fuel Service**<br>**6960 Bonneval Road**<br>**Suite 202**<br>**Jacksonville, FL 32216** | **Judgment for Fuel** | | **23,000.00** |
| **Gexpro**<br>**1351 E. 4th Street**<br>**Jacksonville, FL 32206** | **Gexpro**<br>**1351 E. 4th Street**<br>**Jacksonville, FL 32206** | **Judgment** | | **10,000.00** |
| **Industrial Tapes**<br>**P.O. Box 18687**<br>**Tampa, FL 33679** | **Industrial Tapes**<br>**P.O. Box 18687**<br>**Tampa, FL 33679** | **Supply Vendor** | | **6,177.00** |
| **Infinite Energy, Inc.**<br>**P.O. Box 791263**<br>**Baltimore, MD 21279** | **Infinite Energy, Inc.**<br>**P.O. Box 791263**<br>**Baltimore, MD 21279** | **Natural Gas Provider** | | **12,488.00** |

In re  **Royal Foam, Inc.**                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Jacksonville Bank 100 N. Laura Street Suite 1000 Jacksonville, FL 32202** | **Jacksonville Bank 100 N. Laura Street Suite 1000 Jacksonville, FL 32202** | **1333 Haines Street, Jacksonville, Florida** | | **750,000.00 (1,500,000.00 secured) (1,465,688.66 senior lien)** |
| **LEB Enterprises 4000 Hollywood Blvd Suite 445-S Hollywood, FL 33021** | **LEB Enterprises 4000 Hollywood Blvd Suite 445-S Hollywood, FL 33021** | **Judgment** | | **63,000.00** |
| **LEB Enterprises 4000 Hollywood Blvd 445-S Hollywood, FL 33021** | **LEB Enterprises 4000 Hollywood Blvd 445-S Hollywood, FL 33021** | **Raw Material Vendor** | | **17,000.00** |
| **Magellan Transport Logistics P.O. Box 644411 Pittsburgh, PA 15264** | **Magellan Transport Logistics P.O. Box 644411 Pittsburgh, PA 15264** | **Transportation Services** | | **6,454.00** |
| **Mercury Insurance Group PO Box 5600 Rancho Cucamonga, CA 91729** | **Mercury Insurance Group PO Box 5600 Rancho Cucamonga, CA 91729** | | | **6,344.00** |
| **Radco 3220 E. 59th Street Long Beach, CA 90805** | **Radco 3220 E. 59th Street Long Beach, CA 90805** | **Consulting Fees** | | **6,090.00** |
| **Styrochem Canada, Ltd. 19250 Clark Graham Avenue Baie D'ufre, CA** | **Styrochem Canada, Ltd. 19250 Clark Graham Avenue Baie D'ufre, CA** | | | **36,145.00** |
| **Viacheslav Kulbaka 9745 Touchton Rd, Unit 2501 Jacksonville, FL 32246** | **Viacheslav Kulbaka 9745 Touchton Rd, Unit 2501 Jacksonville, FL 32246** | **Loans to Keep Company Running** | | **2,200,000.00** |
| **Wells Fargo Bank, N.A. 420 Montgomery Street San Francisco, CA 94163** | **Wells Fargo Bank, N.A. 420 Montgomery Street San Francisco, CA 94163** | **(2) Komatsu Forklifts FG25ST-14** | | **19,439.79 (9,000.00 secured)** |
| **Wilbur-Ellis Co. 1101 N. Argonne Road Suite 213 Spokane, WA 99212** | **Wilbur-Ellis Co. 1101 N. Argonne Road Suite 213 Spokane, WA 99212** | **Judgment** | | **27,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Royal Foam, Inc.**                                        Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 10, 2011**            Signature    **/s/ Viacheslav Kulbaka**

                                                     **Viacheslav Kulbaka**

                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                             Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Royal Foam, Inc.**                                  ,

Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,500,000.00 | | |
| B - Personal Property | Yes | 4 | 277,649.35 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,235,128.45 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 2,657,044.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 1,777,649.35 | | |
| Total Liabilities | | | | 4,892,173.03 | |

.

# United States Bankruptcy Court

## Middle District of Florida

In re     **Royal Foam, Inc.**                                          ,     Case No. _____

                                               Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re     **Royal Foam, Inc.**                                         ,      Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1333 Haines Street, Jacksonville, Florida** | **Fee simple** | - | **1,500,000.00** | **2,215,688.66** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **1,500,000.00** | (Total of this page) |
| | | Total > | **1,500,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

.

In re    **Royal Foam, Inc.**                                                                     ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with BBVA/Compass** | - | 1,149.71 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **1,149.71**
(Total of this page)

____3____ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **Royal Foam, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | $8,314.46 in receivables for former LLC | - | 8,314.46 |
| | | $161,185.18 in Receivables Over 90 Days Old for Inc. | - | 161,185.18 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >         169,499.64
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Royal Foam, Inc.**   ,   Case No. _____

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford Semi | - | 8,000.00 |
| | | 2002 Sterling Semi | - | 9,000.00 |
| | | 2000 GMC Box Truck | - | 2,000.00 |
| | | 2000 GMC Box Truck | - | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | (2) Komatsu Forklifts FG25ST-14 | - | 9,000.00 |
| 30. Inventory. | | 1 lb Foam Blocks | - | 15,000.00 |
| | | 1.5 lb Foam Blocks | - | 5,000.00 |
| | | 2 lb Foam Blocks | - | 1,000.00 |
| | | Scrap Metal | - | 10,000.00 |

                                         Sub-Total >    **61,000.00**

                                     (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Royal Foam, Inc.**                                     ,       Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Panels** | - | **31,000.00** |
| | | **Signs** | - | **4,000.00** |
| | | **Raw Beads** | - | **11,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **46,000.00** |
| (Total of this page) | |
| Total > | **277,649.35** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Royal Foam, Inc.**                                    ,                Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **BBVA/Compass Bank 10060 Skinner Lake Drive Jacksonville, FL 32246** | X | - | 06/2002 **First Mortgage** 1333 Haines Street, Jacksonville, Florida  Value $ 1,500,000.00 | | | | 835,688.66 | 0.00 |
| Account No. **Jacksonville Bank 100 N. Laura Street Suite 1000 Jacksonville, FL 32202** | | | 08/2005 **Second Mortgage** 1333 Haines Street, Jacksonville, Florida  Value $ 1,500,000.00 | | | | 630,000.00 | 0.00 |
| Account No. **Jacksonville Bank 100 N. Laura Street Suite 1000 Jacksonville, FL 32202** | | | 05/2007 **Third Mortgage** 1333 Haines Street, Jacksonville, Florida  Value $ 1,500,000.00 | | | | 750,000.00 | 715,688.66 |
| Account No. 200861071 **Wells Fargo Bank, N.A. 420 Montgomery Street San Francisco, CA 94163** | | - | **Purchase Money Security** **(2) Komatsu Forklifts FG25ST-14**  Value $ 9,000.00 | | | | 19,439.79 | 10,439.79 |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,235,128.45 | 726,128.45 |
| Total (Report on Summary of Schedules) | 2,235,128.45 | 726,128.45 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

.

In re    **Royal Foam, Inc.**                               ,    Case No. _____

                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    1    </u> continuation sheets attached

In re    **Royal Foam, Inc.**
_____ ,          Case No. _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales & Use Tax | | | | | |
| **Florida Department of Revenu 921 N. Davis Street Suite A-250 Jacksonville, FL 32209** | - | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | Notice for Possible Taxes | | | | | |
| **Internal Revenue Service 400 West Bay Street Jacksonville, FL 32202** | - | | | | | | | **0.00** |
| | | | | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**   of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __Royal Foam, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **AAA Cooper <br> 1700 Flag Street <br> Jacksonville, FL 32209** | | - | Transportation Vendor | | | | 32.80 |
| Account No. <br> **Access America Transport <br> 2515 East 43rd Street <br> Suite B <br> Chattanooga, TN 37407** | | - | Transportation Vendor | | | | 3,600.00 |
| Account No. <br> **Ace Stucco <br> 700 Mill Creek Road <br> Jacksonville, FL 32211** | | - | Supply Vendor | | | | 150.00 |
| Account No. <br> **ADT Security Services, Inc. <br> P.O. Box 650485 <br> Dallas, TX 75265** | | - | Security | | | | 300.93 |

___23___ continuation sheets attached

Subtotal (Total of this page)  **4,083.73**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:43949-101118   Best Case Bankruptcy

In re  **Royal Foam, Inc.**                           ,        Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trash Removal | | | | |
| Advanced Disposal Services 7580 Phillips Hwy Jacksonville, FL 32256 | - | | | | | | 1,481.73 |
| Account No. | | | Association Fees | | | | |
| AGC of Greater Florida, Inc. 1203 Governors Square Blvd Suite 202 Tallahassee, FL 32301 | - | | | | | | 120.00 |
| Account No. | | | Supply Vendor | | | | |
| Allstar Supply Inc. P.O. Box 8 Collinsville, CT 06022 | - | | | | | | 500.00 |
| Account No. | | | Supply Vendor | | | | |
| Alternative Packaging Source 5245 Old Kings Road Jacksonville, FL 32254 | - | | | | | | 468.00 |
| Account No. | | | | | | | |
| Appalachian Underwriters Inc PO Box 800 Oak Ridge, TN 37831 | - | | | | | | 4,262.00 |

Sheet no. __1__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
       (Total of this page)        **6,831.73**

In re   **Royal Foam, Inc.**                    ,     Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Arnold Transportation** 451 Freight Street Camp Hill, PA 17011 | - | | | | | | 600.00 |
| Account No. | | | Association Fees | | | | |
| **Associated General Contract** 1538 Metropolitan Blvd Suite A-2 Tallahassee, FL 32308 | - | | | | | | 120.00 |
| Account No. | | | Loan | | | | |
| **BBVA/Compass Bank** 15 20th Street S. Suite 100 Birmingham, AL 35233 | - | | | | | | 20,733.16 |
| Account No. | | | Transportation Services | | | | |
| **Blue Grace Logistics** 500 Northridge Road Suite 140 Atlanta, GA 30350 | - | | | | | | 427.00 |
| Account No. | | | Possible Attorney's Fees for Lawsuit | | | | |
| **C Hugh Blanton** Kosto & Rotella P.O. Box 4759 Jacksonville, FL 32201 | - | | | | | | Unknown |

Sheet no. __2__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            | **21,880.16**
(Total of this page)

In re   **Royal Foam, Inc.**                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Office Supplies | | | | |
| **Capital Office Products** P.O. Box 300639 Casselberry, FL 32730 | X | - | | | | | | 1,609.07 |
| Account No. | | | | Printing Services | | | | |
| **CDC Publishing, LLC** 2001 9th Avenue Suite 209 Vero Beach, FL 32960 | | - | | | | | | 630.00 |
| Account No. | | | | Supply Vendor | | | | |
| **CenterHill Building Products** 1235 Commons Court Clermont, FL 34711 | | - | | | | | | 1,560.00 |
| Account No. | | | | Transportation Services | | | | |
| **Central Transport** P.O. Box 33299 Detroit, MI 48232 | | - | | | | | | 3,504.74 |
| Account No. | | | | Judgment for Raw Materials | | | | |
| **Channel Prime Alliance, LLC** 1803 Hull Avenue Des Moines, IA 50313 | | - | | | | | | 39,915.08 |

Sheet no. __3__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,218.89

In re **Royal Foam, Inc.**                                                    ,     Case No. _____
_____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Annual Fees | | | | |
| City of Jacksonville 231 E. Forsyth Street Suite 141 Jacksonville, FL 32202 | X | - | | | | | 2,943.00 |
| Account No. | | | Possible Fine | | | | |
| City of Jacksonville 407 N. Laura Street 3rd Floor Jacksonville, FL 32202 | | - | | | | | 6,400.00 |
| Account No. | | | Delivery Services | | | | |
| CMG Logistics P.O. Box 411213 Kansas City, MO 64141 | | - | | | | | 504.00 |
| Account No. | | | Fuel Card Line of Credit | | | | |
| Comdata 5301 Maryland Way Brentwood, TN 37027 | | - | | | | | 1,912.00 |
| Account No. | | | Additional Notice | | | | |
| Compass Bank P.O. Box 192 Birmingham, AL 35201 | | - | | | | | 0.00 |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
    (Total of this page)      **11,759.00**

In re **Royal Foam, Inc.** ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Contractors Depot Store 9 Telfair Place Unit F Savannah, GA 31415 | - | | | | | | 354.24 |
| Account No. | | | Judgment for Delivery Services | | | | |
| Corporate Traffic, Inc. 2002 Southside Blvd Jacksonville, FL 32216 | - | | | | | | 1,540.00 |
| Account No. | | | Raw Material Vendor | | | | |
| Creative Polymers 9200 Latty Avenue Hazelwood, MO 63042 | - | | | | | | 6,099.00 |
| Account No. | | | Repossessed Trucks | | | | |
| DC Truck Financial P.O. Box 3198 Milwaukee, WI 53201 | - | | | | | | Unknown |
| Account No. | | | Phone Service | | | | |
| Deltacom P.O. Box 2252 Birmingham, AL 35246 | - | | | | | | Unknown |

Sheet no. __5__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,993.24

In re **Royal Foam, Inc.** _____, Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supply Vendor | | | | |
| Demand Products, Inc.<br>1055 Nine North Drive<br>Alpharetta, GA 30004 | - | | | | | | 590.00 |
| Account No. | | | Delivery Services | | | | |
| DHL Express<br>P.O. Box 277290<br>Atlanta, GA 30384 | - | | | | | | 808.00 |
| Account No. | | | Delivery Services | | | | |
| Eagle Express<br>P.O. Box 6459<br>Jacksonville, FL 32236 | - | | | | | | 1,225.00 |
| Account No. | | | Fire Service Provider | | | | |
| Evan's Fire Protection<br>6555 Grace Lane<br>Jacksonville, FL 32205 | - | | | | | | 315.00 |
| Account No. | | | Supply Vendor | | | | |
| Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987 | - | | | | | | 179.00 |

Sheet no. __6__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,117.00

In re    **Royal Foam, Inc.**                               ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**FDN Communications**<br>**P.O. Box 538652**<br>**Atlanta, GA 30353** | | - | | **Communications Services** | | | | **5,403.00** |
| Account No.<br><br>**FedEx**<br>**P.O. Box 94514**<br>**Palatine, IL 60094** | | - | | **Shipping Service** | | | | **802.00** |
| Account No.<br><br>**FedEx Freight**<br>**2200 Forward Drive**<br>**Harrison, AR 72601** | | - | | **Shipping Services** | | | | **3,143.00** |
| Account No.<br><br>**FIA Card Services**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886** | | - | | **Fuel Card Services** | | | | **10.00** |
| Account No.<br><br>**Fire Sprinkler Services, Inc**<br>**P.O. Box 11171**<br>**Jacksonville, FL 32239** | | - | | **Fire Services** | | | | **30.00** |

Sheet no. __7__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **9,388.00**

In re   **Royal Foam, Inc.**                            ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Coast Water Company**<br>**P.O. Box 5055**<br>**Jacksonville, FL 32247** | | - | **Drinking Water Service** | | | | 185.00 |
| Account No.<br><br>**First Insurance Funding Corp**<br>**P.O. Box 3306**<br>**Chicago, IL 60666** | X | - | **Insurance Premium Financing** | | | | 2,411.00 |
| Account No.<br><br>**FISC - Florida Ind. Scale**<br>**728 Industry Road**<br>**Longwood, FL 32750** | | - | **Scale Services** | | | | 1,157.00 |
| Account No.<br><br>**Flint Hills Resources, LP**<br>**P.O. Box 203651**<br>**Houston, TX 77216** | X | - | **Raw Material Vendor** | | | | 46,818.00 |
| Account No.<br><br>**Florida Natural Gas**<br>**P.O. Box 934726**<br>**Atlanta, GA 31193** | | - | | | | | 1,875.00 |

Sheet no. __8__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)     **52,446.00**

In re  **Royal Foam, Inc.**                                   ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| **Florida Public Utilities** **P.O. Box 7005** **Marianna, FL 32447** | | - | | | | | 2,267.00 |
| Account No. | | | | | | | |
| **Freight Corner LLC** **7175 66th Street N.** **Pinellas Park, FL 33781** | | - | | | | | Unknown |
| Account No. | | | Delivery Services | | | | |
| **Freightquire.com** **1495 Payshere Circle** **Chicago, IL 60674** | | - | | | | | 4,026.00 |
| Account No. | | | Fuel Card | | | | |
| **Fuelman** **P.O. Box 105080** **Atlanta, GA 30348** | | - | | | | | 5,824.00 |
| Account No. | | | Judgment for Fuel | | | | |
| **Gate Fuel Service** **6960 Bonneval Road** **Suite 202** **Jacksonville, FL 32216** | X | - | | | | | 23,000.00 |

Sheet no. __9__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,117.00

In re    **Royal Foam, Inc.**                                                                      ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Judgment | | | | |
| Gexpro 1351 E. 4th Street Jacksonville, FL 32206 | X | - | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| Green Wall Construction, LLC 1333 HAINES STREET Jacksonville, FL 32206 | | - | | | | | | 925.00 |
| Account No. | | | | Supply Vendor | | | | |
| Hamden Metal Services Co. 2 Broadway Hamden, CT 06518 | | - | | | | | | 248.00 |
| Account No. | | | | Addtional Notice | | | | |
| Hancock Bank P.O. Box 4019 Gulfport, MS 39502 | | - | | | | | | 0.00 |
| Account No. | | | | Delivery Services | | | | |
| ICS Logistics, Inc. P.O. Box 11407 Birmingham, AL 35246 | | - | | | | | | 250.00 |

Sheet no. __10__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **11,423.00**

In re __Royal Foam, Inc.__ _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IDC Servco**<br>**3962 Landmark Street**<br>**Culver City, CA 90232** | - | | **Toner Vendor** | | | | 397.00 |
| Account No.<br><br>**IKON Financial Services**<br>**PO Box 740540**<br>**Atlanta, GA 30374** | - | | | | | | 758.00 |
| Account No.<br><br>**IKON Office Solutions**<br>**PO Box 827577**<br>**Philadelphia, PA 19182** | - | | | | | | 880.00 |
| Account No.<br><br>**Industrial Tapes**<br>**P.O. Box 18687**<br>**Tampa, FL 33679** | - | | **Supply Vendor** | | | | 6,177.00 |
| Account No.<br><br>**Infinite Energy, Inc.**<br>**P.O. Box 791263**<br>**Baltimore, MD 21279** | X - | | **Natural Gas Provider** | | | | 12,488.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,700.00**

In re   **Royal Foam, Inc.**                               ,        Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Packaging Vendor | | | | |
| **Insulated Packaging, Inc.** <br> **1553 Arcuras Avenue N.** <br> **Clearwater, FL 33765** | - | | | | | | **55.00** |
| Account No. | | | | | | | |
| **Jani-King of Jacksonville** <br> **5700 St. Augustine Rd.** <br> **Jacksonville, FL 32207** | - | | | | | | **802.00** |
| Account No. | | | Credit Card Add. Notice | | | | |
| **JP Morgan Chase & Co.** <br> **270 Park Avenue** <br> **New York, NY 10017** | - | | | | | | **Unknown** |
| Account No. | | | Temporary Employee Firm | | | | |
| **Kelly Services** <br> **P.O. Box 530437** <br> **Atlanta, GA 30353** | - | | | | | | **380.00** |
| Account No. | | | Delivery Services | | | | |
| **Landstar Ranger, Inc.** <br> **P.O. Box 8500-54293** <br> **Philadelphia, PA 19178** | - | | | | | | **5,246.00** |

Sheet no. __12__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **6,483.00**
(Total of this page)

In re __**Royal Foam, Inc.**_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LEB Enterprises**<br>**4000 Hollywood Blvd**<br>**Suite 445-S**<br>**Hollywood, FL 33021** | - | | **Judgment** | | | | **63,000.00** |
| Account No.<br><br>**LEB Enterprises**<br>**4000 Hollywood Blvd**<br>**445-S**<br>**Hollywood, FL 33021** | - | | **Raw Material Vendor** | | | | **17,000.00** |
| Account No.<br><br>**Lexus Financial Services**<br>**P.O. Box 371339**<br>**Pittsburgh, PA 15250** | - | | **Repossessed Vehicle** | | | | **Unknown** |
| Account No.<br><br>**Liftpower**<br>**P.O. Box 6548**<br>**Jacksonville, FL 32236** | - | | **Materials Supply Vendor** | | | | **942.00** |
| Account No.<br><br>**Magellan Transport Logistics**<br>**P.O. Box 644411**<br>**Pittsburgh, PA 15264** | - | | **Transportation Services** | | | | **6,454.00** |

Sheet no. __**13**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **87,396.00**

In re **Royal Foam, Inc.** ,                                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Subscription Fees | | | | |
| McGraw-Hill Construction<br>7625 Collection Center Drive<br>Chicago, IL 60693 | - | | | | | | 69.00 |
| Account No. | | | Employee Drug Testing | | | | |
| Medical Express Corporation<br>4237 Salisbury Road<br>Suite 304<br>Jacksonville, FL 32216 | - | | | | | | 53.00 |
| Account No. | | | | | | | |
| Mercury Insurance Group<br>PO Box 5600<br>Rancho Cucamonga, CA 91729 | - | | | | | | 6,344.00 |
| Account No. | | | | | | | |
| Metro Lift Propane<br>8374 New Kings Road<br>Jacksonville, FL 32219 | - | | | | | | 196.65 |
| Account No. | | | Judgment | | | | |
| Moco, Inc.<br>869 Stockton Street<br>Jacksonville, FL 32204 | - | | | | | | 758.00 |

Sheet no. __14__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,420.65**

In re   **Royal Foam, Inc.**                                 ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Moments Notice Truck Driver** <br>**P.O. Box 31246** <br>**Tampa, FL 33631** | | - | **Delivery Services** | | | | 3,336.00 |
| Account No. <br><br>**Napa Auto** <br>**1090 Haines Street** <br>**Jacksonville, FL 32206** | | - | **Supply Vendor** | | | | 4,000.00 |
| Account No. <br><br>**National City Commercial** <br>**P.O. Box 931034** <br>**Cleveland, OH 44193** | | - | **Lease on 2 Machines that were repossessed** | | | | Unknown |
| Account No. <br><br>**Nova Chemicals** <br>**1555 Coraopolis Heights Road** <br>**Coraopolis, PA 15108** | X | - | **Raw Materials Vendor** | | | | 3,864.00 |
| Account No. **2008TR076673** <br><br>**Osceola County** <br>**c/o Linebarger, Goggan,** <br>**Blair, & Sampson, LLP** <br>**P.O. Box 56107** <br>**Jacksonville, FL 32241** | | - | **2008** <br>**Tolls Owed** | | | | 520.00 |

Sheet no. __15__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                 Subtotal (Total of this page)      **11,720.00**

In re    **Royal Foam, Inc.**                                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Pest Control | | | | |
| **Peninsular Pest Control** **2609 Phyllis Street** **Jacksonville, FL 32204** | - | | | | | | 214.00 |
| Account No. | | | Materials Vendor | | | | |
| **Phoenix Building Materials** **1922 Phoenix Avenue** **Jacksonville, FL 32208** | - | | | | | | 764.00 |
| Account No. | | | Postage | | | | |
| **Pitney Bowes, Inc.** **P.O. Box 856390** **Louisville, KY 40285** | - | | | | | | 196.00 |
| Account No. | | | | | | | |
| **PolyCoat Productions** **14722 Spring Avenue** **Santa Fe Springs, CA 90670** | - | | | | | | 3,550.00 |
| Account No. | | | Trailer Lease | | | | |
| **Premier Trailer Leasing** **P.O. Box 403641** **Atlanta, GA 30384** | - | | | | | | 330.00 |

Sheet no. __16__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         5,054.00

In re **Royal Foam, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Prime Rate PFC, Inc.** <br> **P.O. Box 580016** <br> **Charlotte, NC 28258** | - | | Insurance Premium Financing | | | | 5,471.00 |
| Account No. <br><br> **Quill Office Supplies, Inc.** <br> **P.O. Box 37600** <br> **Philadelphia, PA 19101** | - | | Office Supply Vendor | | | | 83.00 |
| Account No. <br><br> **R.S. Hughes Company** <br> **P.O. Box 17805** <br> **Jacksonville, FL 32245** | - | | Materials Vendor | | | | 4,213.00 |
| Account No. <br><br> **Radco** <br> **3220 E. 59th Street** <br> **Long Beach, CA 90805** | - | | Consulting Fees | | | | 6,090.00 |
| Account No. <br><br> **Reynolds Advanced** <br> **6512 Pinecastle Blvd** <br> **Orlando, FL 32809** | - | | Materials Purchases | | | | 2,522.00 |

Sheet no. __17__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,379.00

In re __Royal Foam, Inc._____,    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Materials | | | | |
| Riverside Paper, Inc. c/o Corinne Rosner 1776 N. Pine Island Rd Suite 208 Fort Lauderdale, FL 33322 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Styrochem Canada, Ltd. 19250 Clark Graham Avenue Baie D'ufre, CA | - | | | | | | 36,145.00 |
| Account No. | | | Transportation Services | | | | |
| Suddath Transportation 815 South Main Street Jacksonville, FL 32247 | - | | | | | | 1,285.00 |
| Account No. | | | Trash Removal Services | | | | |
| Sunshine Recycling Inc. P.O. Box 864363 Orlando, FL 32886 | - | | | | | | 433.00 |
| Account No. | | | | | | | |
| Sunshine Stucco Supply 6150 Phillips Hwy Jacksonville, FL 32216 | - | | | | | | 816.00 |

Sheet no. __18__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              38,679.00

In re **Royal Foam, Inc.**                                             ,          Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Materials Vendor** | | | | |
| **SureCrete** 15246 Citrus Country Drive Dade City, FL 33523 | - | | | | | | 4,824.00 |
| Account No. | | | | | | | |
| **Teco Peoples Gas** PO Box 31017 Tampa, FL 33631 | - | | | | | | 548.00 |
| Account No. | | | **Vendor** | | | | |
| **Tim Prep, Inc.** 18500 Macclenny Road Jacksonville, FL 32234 | - | | | | | | 745.00 |
| Account No. | | | **Transportation Services** | | | | |
| **Trailer Bridge, Inc.** P.O. Box 861623 Orlando, FL 32886 | - | | | | | | 497.00 |
| Account No. | | | **Legal Fees** | | | | |
| **Tritt & Franson, P.A.** 707 Peninsular Place Jacksonville, FL 32204 | - | | | | | | 1,813.00 |

Sheet no. __19__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
(Total of this page)     **8,427.00**

In re **Royal Foam, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Turner Pest Control**<br>**480 Edgewood Avenue S.**<br>**Jacksonville, FL 32205** | - | | | Pest Control | | | | 652.00 |
| Account No.<br><br>**U.P.S.**<br>**P.O. Box 7247-0244**<br>**Philadelphia, PA 19170** | - | | | Shipping Services | | | | 520.00 |
| Account No.<br><br>**U.P.S. Freight**<br>**P.O. Box 533238**<br>**Atlanta, GA 30353** | - | | | Shipping Services | | | | 149.00 |
| Account No.<br><br>**Unisource**<br>**P.O. Box 409884**<br>**Atlanta, GA 30384** | - | | | Materials Vendor | | | | 1,667.00 |
| Account No.<br><br>**Valentyn Kulbaka**<br>**9745 Touchton Road**<br>**Unit 3201**<br>**Jacksonville, FL 32246** | - | | | Lease | | | | Unknown |

Sheet no. __20__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,988.00

In re   **Royal Foam, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility | | | | |
| Verizon Wireless P.O. Box 660108 Dallas, TX 75266 | - | | | | | | 2,304.00 |
| Account No. | | | Loans to Keep Company Running | | | | |
| Viacheslav Kulbaka 9745 Touchton Rd, Unit 2501 Jacksonville, FL 32246 | - | | | | | | 2,200,000.00 |
| Account No. | | | | | | | |
| Waste Management of Jax PO Box 105453 Atlanta, GA 30348 | - | | | | | | 828.00 |
| Account No. | | | Waste Removal | | | | |
| Waste Services of Florida 7580 Phillips Hwy Jacksonville, FL 32256 | - | | | | | | 327.00 |
| Account No. | | | Lease | | | | |
| Wells Fargo Financial 300 Tri-State International Suite 400 Lincolnshire, IL 60069 | X - | | | | | | Unknown |

Sheet no. __21__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,203,459.00**

In re   **Royal Foam, Inc.**                                                        ,          Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Repair Parts Vendor | | | | |
| **Westside Electric** **4031 Faye Road** **Jacksonville, FL 32226** | | - | | | | | 4,382.00 |
| Account No. | | | Judgment | | | | |
| **Wilbur-Ellis Co.** **1101 N. Argonne Road** **Suite 213** **Spokane, WA 99212** | | - | | | | | 27,000.00 |
| Account No. | | | Tax Preparation | | | | |
| **Wilkinson, Garrard & Clement** **4110 Southpoint Blvd** **Suite 123** **Jacksonville, FL 32216** | | - | | | | | 2,371.00 |
| Account No. 70003661010790001 | | | Repossessed Vehicle | | | | |
| **World Omni Financial** **6150 Omni Park Dr** **Mobile, AL 36609** | | - | | | | | 813.18 |
| Account No. | | | | | | | |
| **Worldwide Express** **PO Box 501486** **Indianapolis, IN 46250** | | - | | | | | 380.00 |

Sheet no. __22__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,946.18

In re  **Royal Foam, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Water Delivery | | | | |
| **Zephyrhills P.O. Box 856680 Louisville, KY 40285** | - | | | | | | 135.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| Sheet no. __23__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **135.00** |
| | Total (Report on Summary of Schedules)    **2,657,044.58** |

.

In re    **Royal Foam, Inc.**                                         ,      Case No. _____

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Valentyn Kulbaka**<br>**9745 Touchton Road**<br>**Unit 3102**<br>**Jacksonville, FL 32246** | **Various Equipment for Business.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re     **Royal Foam, Inc.**                      ,     Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eugene Paly**<br>**3941 Loch Laurel Drive**<br>**Jacksonville, FL 32277** | **BBVA/Compass Bank**<br>**10060 Skinner Lake Drive**<br>**Jacksonville, FL 32246** |
| **Nikolay Paly**<br>**3875 S. San Pablo Road**<br>**Jacksonville, FL 32224** | **BBVA/Compass Bank**<br>**10060 Skinner Lake Drive**<br>**Jacksonville, FL 32246** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **City of Jacksonville**<br>**231 E. Forsyth Street**<br>**Suite 141**<br>**Jacksonville, FL 32202** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **Nova Chemicals**<br>**1555 Coraopolis Heights Road**<br>**Coraopolis, PA 15108** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **Capital Office Products**<br>**P.O. Box 300639**<br>**Casselberry, FL 32730** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **First Insurance Funding Corp**<br>**P.O. Box 3306**<br>**Chicago, IL 60666** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **Flint Hills Resources, LP**<br>**P.O. Box 203651**<br>**Houston, TX 77216** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **Gate Fuel Service**<br>**6960 Bonneval Road**<br>**Suite 202**<br>**Jacksonville, FL 32216** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **Gexpro**<br>**1351 E. 4th Street**<br>**Jacksonville, FL 32206** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **Infinite Energy, Inc.**<br>**P.O. Box 791263**<br>**Baltimore, MD 21279** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **Wells Fargo Financial**<br>**300 Tri-State International**<br>**Suite 400**<br>**Lincolnshire, IL 60069** |

**0**

____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re **Royal Foam, Inc.**                                   Case No.

                                                    Debtor(s)        Chapter        **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**36**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 10, 2011**                    Signature    **/s/ Viacheslav Kulbaka**

                                                         **Viacheslav Kulbaka**
                                                         **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Royal Foam, Inc.**              Case No.

                                 Debtor(s)        Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,754,902.00** | **2009 Gross Income** |
| **$2,722,203.00** | **2008 Gross Income** |
| **$1,340,531.00** | **2007 Gross Income** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT            SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fedex Freight East v. Royal Foam, Inc.; 2010-SC-003905** | **Contract** | **Duval County Small Claims Court** | **Pending** |
| **Landstar Ranger, Inc. v. Royal Foam, Inc. aka Royal Foam Enterprises; 2010-SC-001938** | **Contract** | **Duval County Small Claims Court** | **Pending** |
| **Magellan Transport Logistics, Inc. v. Royal Foam, Inc.; 2010-CC-011556** | **Contract** | **Duval County County Court** | **Pending** |
| **Suddath Transportation v. Royal Foam, Inc.; 2009-SC-07827** | **Contract** | **Duval County Small Claims Court** | **Dismissed** |
| **Corporate Traffic Inc. v. Royal Foam, Inc.; 2009-SC-003721** | **Contract** | **Duval County Small Claims Court** | **Judgment Entered** |
| **Moco Inc. v. Royal Foam, Inc.; 2009-SC-000367** | **Contract** | **Duval County Small Claims Court** | **Judgment Entered** |
| **GEXPRO v. Royal Foam, Inc.; 2009-CC-007580** | **Contract** | **Duval County County Court** | **Judgment Entered** |
| **National City Commerical v. Royal Foam, Inc.; 2009-CA-011793** | **Contract** | **Duval County Circuit Court** | **Judgment Entered** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wilbur-Ellis Co. v. Royal Foam, Inc.; 2008-CA-015717** | **Contract** | **Duval County Circuit Court** | **Judgment Entered** |
| **Access America Transport, Inc. v. Roay Foam, Inc.; 2010-SC-005389** | **Collection Action** | **Duval County Small Claims Court** | **Pending** |
| **Riverside Paper Co. v. Royal Foam, Inc.; 09-1855-SP23** | **Collection Action** | **Miami-Dade County Court** | **Judgment Entered** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **World Omni Financial 6150 Omni Park Drive Mobile, AL 36609** | | **Lexus LX450** |
| **PNC Financial Services 1 PNC Plaza 249 5th Ave. Pittsburgh, PA 15222** | **10/2010** | **(2) CNC Foam Cutters with Lathes** |
| **DC Truck Financial P.O. Box 3198 Milwaukee, WI 53201** | **2009** | **Repossessed Trucks (1996 Dorsey, 1995 Dorsey, 1995 Dorsey, 1995 Dorsey, 1996 Dorsey, 2001 Freightliner, 2001 Freightliner, 1995 Dorsey, 2001 Freightliner)** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Offices of Jason A. Burgess, LLC**<br>**2350 Park Street**<br>**Jacksonville, FL 32204** | **October 20, 2010** | **$10,000.00** |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Bank of America**<br>**101 S. Tryon Street**<br>**Suite 1000**<br>**Charlotte, NC 28280** | **Checking (6770)** | **$0.00 February 2010** |
| **BBVA Compass**<br>**15 S. 20th St.**<br>**Birmingham, AL 35233** | **Checking (1105)** | **$0.00 February 2010** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **U.S. LOGISTIX, INC.**<br>**9745 TOUCHTON RD. UNIT # 2501**<br>**Jacksonville, FL 32246** | **6 Freighliner Trucks, 5 Volvo Trucks, and 2 Chevrolet Silverados** | **1333 Haines Street, Jacksonville, Florida** |
| **Morozov Family**<br>**4716 UNIVERSITY BLVD N**<br>**Jacksonville, FL 32277** | **Knupson KD-125; Knupson KD-2468; Jobsite; (2) AMS Controls XClon 24; Metal in Coild; Coils; Constraction Mixer; Scafelds; Trailers 53'** | **1333 Haines Street, Jacksonville, Florida** |
| **Valentyn Kulbaka**<br>**9745 Touchton Road**<br>**Unit 3102**<br>**Jacksonville, FL 32246** | **Various Leased Equipment** | **1333 Haines Street, Jacksonville, Florida** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Royal Foam, Inc.**<br>**1333 Haines Street**<br>**Jacksonville, FL 32206** | **City of Jacksonville**<br>**Environmental Protection Trust**<br>**407 N. Laura Street**<br>**3rd Floor**<br>**Jacksonville, FL 32202-0000** | **03/09/2010** | **Failure to Submit Quarterly Report of Expandable Polystyrene Bead Usage** |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Thurson Counting Service, Inc.**<br>**3519 Copper Circle East**<br>**Jacksonville, FL 32207** | **Current** |

None
■

   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246** | **President** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246**<br>**President** | **8/4/2010** | **$7,940.00** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246**<br>**President** | **8/9/2010** | **$2,440.00** |

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246**<br>    **President** | **8/12/2010** | **$1,540.00** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246**<br>    **President** | **8/20/2010** | **$1,500.00** |
| **Viacheslav Kulbaka**<br>**9745 Touchton Rd, Unit 2501**<br>**Jacksonville, FL 32246**<br>    **President** | **8/20/2010** | **$1,000.00** |

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 10, 2011**                    Signature   **/s/ Viacheslav Kulbaka**
                                                                     **Viacheslav Kulbaka**
                                                                      **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re     **Royal Foam, Inc.**                                          ,       Case No. _____

                                          Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Viacheslav Kulbaka** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     **January 10, 2011**                     Signature   **/s/ Viacheslav Kulbaka** _____

                                                            **Viacheslav Kulbaka**
                                                            **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

In re   **Royal Foam, Inc.**

Case No.

Debtor(s)

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 10, 2011**

**/s/ Viacheslav Kulbaka**

**Viacheslav Kulbaka**/President
Signer/Title

Royal Foam, Inc.
1333 Haines Street
Jacksonville, FL 32218

Alternative Collections, LTD
3842 Harlem Road
Suite 341
Buffalo, NY 14215

C Hugh Blanton
Kosto & Rotella
P.O. Box 4759
Jacksonville, FL 32201

Jason A. Burgess
The Law Offices of Jason A. Burgess, LLC
2350 Park Street
Jacksonville, FL 32204

Alternative Packaging Source
5245 Old Kings Road
Jacksonville, FL 32254

C Hugh Blanton
PO Box 4759
Jacksonville, FL 32201

AAA Cooper
1700 Flag Street
Jacksonville, FL 32209

Appalachian Underwriters Inc
PO Box 800
Oak Ridge, TN 37831

Capital Office Products
P.O. Box 300639
Casselberry, FL 32730

Access America Transport
2515 East 43rd Street
Suite B
Chattanooga, TN 37407

Arnold Transportation
451 Freight Street
Camp Hill, PA 17011

CDC Publishing, LLC
2001 9th Avenue
Suite 209
Vero Beach, FL 32960

Ace Stucco
700 Mill Creek Road
Jacksonville, FL 32211

Associated General Contract
1538 Metropolitan Blvd
Suite A-2
Tallahassee, FL 32308

CenterHill Building Products
1235 Commons Court
Clermont, FL 34711

ADT Security Services, Inc.
P.O. Box 650485
Dallas, TX 75265

Barry Kaufman
1817 Atlantic Blvd
Jacksonville, FL 32207

Central Credit Services, Inc
P.O. Box 15118
Jacksonville, FL 32239

Advanced Disposal Services
7580 Phillips Hwy
Jacksonville, FL 32256

BBVA/Compass Bank
15 20th Street S.
Suite 100
Birmingham, AL 35233

Central Transport
P.O. Box 33299
Detroit, MI 48232

AGC of Greater Florida, Inc.
1203 Governors Square Blvd
Suite 202
Tallahassee, FL 32301

BBVA/Compass Bank
10060 Skinner Lake Drive
Jacksonville, FL 32246

Channel Prime Alliance, LLC
1803 Hull Avenue
Des Moines, IA 50313

Allstar Supply Inc.
P.O. Box 8
Collinsville, CT 06022

Blue Grace Logistics
500 Northridge Road
Suite 140
Atlanta, GA 30350

City of Jacksonville
231 E. Forsyth Street
Suite 141
Jacksonville, FL 32202

City of Jacksonville
407 N. Laura Street
3rd Floor
Jacksonville, FL 32202

Demand Products, Inc.
1055 Nine North Drive
Alpharetta, GA 30004

FedEx Freight
2200 Forward Drive
Harrison, AR 72601

CMG Logistics
P.O. Box 411213
Kansas City, MO 64141

DHL Express
P.O. Box 277290
Atlanta, GA 30384

FIA Card Services
P.O. Box 15710
Wilmington, DE 19886

Comdata
5301 Maryland Way
Brentwood, TN 37027

Eagle Express
P.O. Box 6459
Jacksonville, FL 32236

Fire Sprinkler Services, Inc
P.O. Box 11171
Jacksonville, FL 32239

Compass Bank
P.O. Box 192
Birmingham, AL 35201

Edward J. Witten
339 East Forsyth Street
Jacksonville, FL 32202

First Coast Water Company
P.O. Box 5055
Jacksonville, FL 32247

Contractors Depot Store
9 Telfair Place
Unit F
Savannah, GA 31415

Eugene Paly
3941 Loch Laurel Drive
Jacksonville, FL 32277

First Insurance Funding Corp
P.O. Box 3306
Chicago, IL 60666

Corporate Traffic, Inc.
2002 Southside Blvd
Jacksonville, FL 32216

Evan's Fire Protection
6555 Grace Lane
Jacksonville, FL 32205

FISC - Florida Ind. Scale
728 Industry Road
Longwood, FL 32750

Creative Polymers
9200 Latty Avenue
Hazelwood, MO 63042

Fastenal Company
P.O. Box 978
Winona, MN 55987

Flint Hills Resources, LP
P.O. Box 203651
Houston, TX 77216

DC Truck Financial
P.O. Box 3198
Milwaukee, WI 53201

FDN Communications
P.O. Box 538652
Atlanta, GA 30353

Florida Department of Revenu
921 N. Davis Street
Suite A-250
Jacksonville, FL 32209

Deltacom
P.O. Box 2252
Birmingham, AL 35246

FedEx
P.O. Box 94514
Palatine, IL 60094

Florida Natural Gas
P.O. Box 934726
Atlanta, GA 31193

Florida Public Utilities
P.O. Box 7005
Marianna, FL 32447

Freight Corner LLC
7175 66th Street N.
Pinellas Park, FL 33781

Freightquire.com
1495 Payshere Circle
Chicago, IL 60674

Fuelman
P.O. Box 105080
Atlanta, GA 30348

Gate Fuel Service
6960 Bonneval Road
Suite 202
Jacksonville, FL 32216

Gexpro
1351 E. 4th Street
Jacksonville, FL 32206

Green Wall Construction, LLC
1333 HAINES STREET
Jacksonville, FL 32206

Hamden Metal Services Co.
2 Broadway
Hamden, CT 06518

Hancock Bank
P.O. Box 4019
Gulfport, MS 39502

ICS Logistics, Inc.
P.O. Box 11407
Birmingham, AL 35246

IDC Servco
3962 Landmark Street
Culver City, CA 90232

IKON Financial Services
PO Box 740540
Atlanta, GA 30374

IKON Office Solutions
PO Box 827577
Philadelphia, PA 19182

Industrial Tapes
P.O. Box 18687
Tampa, FL 33679

Infinite Energy, Inc.
P.O. Box 791263
Baltimore, MD 21279

Insulated Packaging, Inc.
1553 Arcuras Avenue N.
Clearwater, FL 33765

Internal Revenue Service
400 West Bay Street
Jacksonville, FL 32202

Jacksonville Bank
100 N. Laura Street
Suite 1000
Jacksonville, FL 32202

Jacksonville Bank
100 N. Laura Street
Suite 1000
Jacksonville, FL 32202

Jani-King of Jacksonville
5700 St. Augustine Rd.
Jacksonville, FL 32207

JP Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

Kelly Services
P.O. Box 530437
Atlanta, GA 30353

Landstar Ranger, Inc.
P.O. Box 8500-54293
Philadelphia, PA 19178

LEB Enterprises
4000 Hollywood Blvd
Suite 445-S
Hollywood, FL 33021

LEB Enterprises
4000 Hollywood Blvd
445-S
Hollywood, FL 33021

Lexus Financial Services
P.O. Box 371339
Pittsburgh, PA 15250

Lexus Financial Services
P.O. Box 5236
Carol Stream, IL 60197

Liftpower
P.O. Box 6548
Jacksonville, FL 32236

National City Commercial
P.O. Box 931034
Cleveland, OH 44193

Premier Trailer Leasing
P.O. Box 403641
Atlanta, GA 30384

Magellan Transport Logistics
P.O. Box 644411
Pittsburgh, PA 15264

Nikolay Paly
3875 S. San Pablo Road
Jacksonville, FL 32224

Prime Rate PFC, Inc.
P.O. Box 580016
Charlotte, NC 28258

McGraw-Hill Construction
7625 Collection Center Drive
Chicago, IL 60693

Nova Chemicals
1555 Coraopolis Heights Road
Coraopolis, PA 15108

Quill Office Supplies, Inc.
P.O. Box 37600
Philadelphia, PA 19101

Medical Express Corporation
4237 Salisbury Road
Suite 304
Jacksonville, FL 32216

Osceola County
c/o Linebarger, Goggan,
Blair, & Sampson, LLP
P.O. Box 56107
Jacksonville, FL 32241

R.S. Hughes Company
P.O. Box 17805
Jacksonville, FL 32245

Mercury Insurance Group
PO Box 5600
Rancho Cucamonga, CA 91729

Peninsular Pest Control
2609 Phyllis Street
Jacksonville, FL 32204

Radco
3220 E. 59th Street
Long Beach, CA 90805

Metro Lift Propane
8374 New Kings Road
Jacksonville, FL 32219

Phoenix Building Materials
1922 Phoenix Avenue
Jacksonville, FL 32208

Reynolds Advanced
6512 Pinecastle Blvd
Orlando, FL 32809

Moco, Inc.
869 Stockton Street
Jacksonville, FL 32204

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285

Riverside Paper, Inc.
c/o Corinne Rosner
1776 N. Pine Island Rd
Suite 208
Fort Lauderdale, FL 33322

Moments Notice Truck Driver
P.O. Box 31246
Tampa, FL 33631

PNC Financial Services
c/o National City Bank
1 PNC Plaza
249 5th Ave.
Pittsburgh, PA 15222

Slater, Tenaglia, Fritz & Hu
P.O. Box 5476
Mount Laurel, NJ 08054

Napa Auto
1090 Haines Street
Jacksonville, FL 32206

PolyCoat Productions
14722 Spring Avenue
Santa Fe Springs, CA 90670

Styrochem Canada, Ltd.
19250 Clark Graham Avenue
Baie D'ufre, CA

Suddath Transportation
815 South Main Street
Jacksonville, FL 32247

Sunshine Recycling Inc.
P.O. Box 864363
Orlando, FL 32886

Sunshine Stucco Supply
6150 Phillips Hwy
Jacksonville, FL 32216

SureCrete
15246 Citrus Country Drive
Dade City, FL 33523

Teco Peoples Gas
PO Box 31017
Tampa, FL 33631

Tim Prep, Inc.
18500 Macclenny Road
Jacksonville, FL 32234

Trailer Bridge, Inc.
P.O. Box 861623
Orlando, FL 32886

Tritt & Franson, P.A.
707 Peninsular Place
Jacksonville, FL 32204

Turner Pest Control
480 Edgewood Avenue S.
Jacksonville, FL 32205

U.P.S.
P.O. Box 7247-0244
Philadelphia, PA 19170

U.P.S. Freight
P.O. Box 533238
Atlanta, GA 30353

Unisource
P.O. Box 409884
Atlanta, GA 30384

Valentyn Kulbaka
9745 Touchton Road
Unit 3201
Jacksonville, FL 32246

Valentyn Kulbaka
9745 Touchton Road
Unit 3102
Jacksonville, FL 32246

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Viacheslav Kulbaka
9745 Touchton Rd, Unit 2501
Jacksonville, FL 32246

Waste Management of Jax
PO Box 105453
Atlanta, GA 30348

Waste Services of Florida
7580 Phillips Hwy
Jacksonville, FL 32256

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163


Wells Fargo Financial
300 Tri-State International
Suite 400
Lincolnshire, IL 60069


Westside Electric
4031 Faye Road
Jacksonville, FL 32226


Wetherington, Hamilton
1010 N. Florida Avenue
Tampa, FL 33672


Wilbur-Ellis Co.
1101 N. Argonne Road
Suite 213
Spokane, WA 99212


Wilkinson, Garrard & Clement
4110 Southpoint Blvd
Suite 123
Jacksonville, FL 32216


World Omni Financial
6150 Omni Park Dr
Mobile, AL 36609


Worldwide Express
PO Box 501486
Indianapolis, IN 46250


Zephyrhills
P.O. Box 856680
Louisville, KY 40285

# United States Bankruptcy Court
## Middle District of Florida

In re   **Royal Foam, Inc.** _____    Case No. _____

          Debtor(s)      Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 18,961.00 |
   | Prior to the filing of this statement I have received | $ | 8,961.00 |
   | Balance Due | $ | 10,000.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; attending hearings required in the Chapter 11 proceeding.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or adversary proceeding involving fraud. If representation is required in the above it will be billed at $225.00 an hour seperately from the Chapter 11 retainer.**

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 10, 2011** _____      **/s/ Jason A. Burgess** _____
                                                        **Jason A. Burgess 40757**
                                                        **The Law Offices of Jason A. Burgess, LLC**
                                                        **2350 Park Street**
                                                        **Jacksonville, FL 32204**
                                                        **904-521-9868**
                                                        **jason@jasonaburgess.com**

# United States Bankruptcy Court
## Middle District of Florida

In re    __Royal Foam, Inc.__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Royal Foam, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 10, 2011__

Date

__/s/ Jason A. Burgess__

__Jason A. Burgess 40757__

Signature of Attorney or Litigant

Counsel for    __Royal Foam, Inc.__

__The Law Offices of Jason A. Burgess, LLC__

__2350 Park Street__
__Jacksonville, FL 32204__
__904-521-9868__
__jason@jasonaburgess.com__